# United States Court of Appeals
## For the First Circuit

---

No. 05-1886

DOMINGOS JOAO LIBERAL DE ARAUJO,

Petitioner,

v.

ALBERTO R. GONZÁLES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on August 11, 2006, is amended as follows:

On page 11, line 10, insert "he" between "that" and "is therefore not removable".